# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **MILTON W. SPARKS,** <br> [DOB: 11-18-1982] <br><br> Defendant. | No. 19-03091-01-CR-S-MDH <br><br> **COUNTS 1-3** <br> 18 U.S.C. §§ 922(g)(1) and 924(a)(2) <br> NMT 10 Years Imprisonment <br> NMT $250,000 Fine <br> NMT 3 Years Supervised Release <br> Class C Felony <br><br> $100 Special Assessment (Each Count) |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT**:

### COUNT 1

On or about March 1, 2017, in Greene County, in the Western District of Missouri, the defendant, **MILTON W. SPARKS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and then knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a Llama brand, .45-caliber, semi-automatic pistol with a serial number of A44041, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 2

On or about May 17, 2017, in Greene County, in the Western District of Missouri, the defendant, **MILTON W. SPARKS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and then knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: an Anderson Manufacturing brand, AM-15 model, 5.56 x 45-caliber,

semi-automatic rifle, with serial number 16209118, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 3

On or about December 20, 2017, in Polk County and Greene County, in the Western District of Missouri, the defendant, **MILTON W. SPARKS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and then knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a Ruger brand firearm, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**A TRUE BILL**

                                                           */s/ Katherine Bakesz*
                                                           FOREPERSON OF THE GRAND JURY

*/s/ Josephine L. Stockard*
Josephine L. Stockard
Assistant United States Attorney


DATED:     07/16/2019
               Springfield, Missouri